IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Malcolm Williams 4/6078
_____
Full name and prison number
of plaintiff(s)

v.

State of Alabama
_____
Houston County
_____
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:07CV488-WKW
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____
    _____

5.  Disposition (for example: Was the case dismissed?
    Was it appealed? Is it still pending?) _____
    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston County Jail
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston County Jail 901 East Main St Dothan Al 36301

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. Houston County Jail    P.o Box 6406 Dothan Al 36301-1704
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 18, 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I am being Housed In a MAXmium Security Area with other INMATes who are Facing Captiol Charges. where

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I am in Fear of my safety, If one or more Inmates break any rules myself as well as all other Inmates are held accountable.

**GROUND TWO:** I am being denied The Chance to be released on probation

**SUPPORTING FACTS:** I was granted probation on April 18 2007 In a Judge Little courtroom However as of this date I still have Not been Released, I was Sentence To 3 years However probation was granted under The Condition of 2 years with six months done Through work release.

**GROUND THREE:** My Sentence That I was given was Changed without my knowledge

**SUPPORTING FACTS:** After getting a copy of my conviction Report from The Clerks office It stated That I am to do 3 years probation instead of The Two The Judge order me To do.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

The ONly Thing I want is For The court To Grant me The rights Guaranteed by The Constituion of both The united States and The STATe of Alabama

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on MAY 29, 2007
           (Date)

_____
Signature of plaintiff(s)

4

Malcolm Williams 46078
901 East Main Street I-pod
Dothan-Alabama 36301-1759

Houston Co. Jail Inmate Mail

Office of The Clerk
United State District Court
P.O. Box 711
Montgomery Alabama
36101-0711

Legal Mail