**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MALCOLM WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:07-cv-488-WKW** |
| | ) | |
| **STATE OF ALABAMA**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

The Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1.    The Recommendation of the Magistrate Judge (Doc. #4) is ADOPTED;

2.    The plaintiff's claims against the State of Alabama, Houston County and the Houston County Jail arising from conditions in the Houston County Jail are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

3.    The plaintiff's challenge to the constitutionality of his confinement resulting from a sentence imposed by the Circuit Court of Houston County, Alabama is DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims are not properly before the court at this time; and

4.    This case is dismissed prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

An appropriate judgment will be entered.

DONE this 31st day of July, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE